DOMENICO MARCONI, Appellant, *v.* DOMENICA D. BECCI, Respondent, Impleaded with Another.

(Submitted June 3, 1929; decided July 11, 1929.)

*Stewart Maurice, Henry C. Burnstine, Emanuel J. Freiberg* and *Solomon Goodman* for appellant.

*George J. Stacy* and *James J. Mahoney* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.